CO-386-online
10/03

# United States District Court
# For the District of Columbia

Cayman Power Barge I Ltd.                )
                                          )
                                          )
                    Plaintiff             )    Civil Action No. 06 1362
         vs                               )
                                          )
The State of the Dominican Republic et al,)
                                          )
                                          )
                    Defendant             )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___Cayman Power Barge I, Ltd.___ certify that to the best of my knowledge and belief, the following are current parent companies, subsidiaries or affiliates of ___Cayman Power Barge I, Ltd.___ which have any outstanding securities in the ands of the public.

                    None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

_____473960_____
BAR IDENTIFICATION NO.

Christian Matello
Print Name

1775 I Street, N.W.
Address

Washington,    DC        20006
City           State     Zip Code

202-261-3300
Phone Number