IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.<br>c/o Corporate Filing Services Ltd.<br>PO Box 613 GT, 4th Floor Harbour Centre<br>Grand Cayman, Cayman Islands,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC,<br>and CORPORACIÓN DOMINICANA DE<br>EMPRESAS ELÉCTRICAS ESTATALES (formerly<br>known as CORPORACIÓN DOMINICANA DE<br>ELECTRICIDAD),<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01362<br>(RMC)<br><br><br><br><br>**AMENDED NOTICE OF**<br>**APPLICATION FOR**<br>**CONFIRMATION OF A**<br>**FOREIGN ARBITRAL AWARD** |

TO:　　The State of the Dominican Republic
　　　　c/o Carlos Morales Troncoso
　　　　Minister of Foreign Affairs
　　　　Secretaría de Estado de Relaciones Exteriores
　　　　Avenida Independencia No. 752
　　　　Santo Domingo, Dominican Republic

　　　　Corporación Dominicana de Empresas Eléctricas Estatales
　　　　c/o Mr. Rhadames Segura, General Administrator
　　　　Edificio Principal
　　　　Avenida Independencia Esq. Calle Fray Cipriano de Utrera
　　　　Centro de los Héroes
　　　　Santo Domingo, Dominican Republic

PLEASE TAKE NOTICE THAT Cayman Power Barge I, Ltd. ("CPB") has applied to

the United States District Court for the District of Columbia, located at the United States

Courthouse located at 333 Constitution Ave., N.W., Washington, D.C., pursuant to the

Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. § 207,

for an order:

(a) confirming the Final Arbitral Award dated May 30, 2005, rendered by an Arbitral Tribunal established under the rules of the International Chamber of Commerce in the arbitration between CPB, on the one hand, and the State of the Dominican Republic ("Dominican Republic") and Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE") (formerly known as Corporación Dominicana de Electricidad) (collectively "Respondents"), on the other hand;

(b) directing that judgment confirming the award be entered in favor of CPB and against Respondents;

(c) granting CPB costs and attorneys' fees incurred in connection with this proceeding; and

(d) granting any such other and further relief as this Court deems just and proper.

The information below relates to a legal proceeding that has been filed by CPB against Respondents.

1. **Title of legal proceeding**: The legal proceeding is a lawsuit entitled, *Cayman Power Barge I Ltd. v. The State of the Dominican Republic and the Corporación Dominicana de Empresas Eléctricas Estatales (formerly known as Corporación Dominicana de Electricidad)*. The lawsuit was filed in the United States District Court for the District of Columbia (hereafter referred to as the "Court") and has been assigned the case number 1:06CV01362.

2. **Name of foreign state**: The State of the Dominican Republic and the Corporación Dominicana de Empresas Eléctricas Estatales.

3. **Identity of the other Parties**: CPB and the Respondents are the only parties to the lawsuit.

4. **Nature of the documents served**: The enclosed documents are: CPB's Application for

Confirmation of a Foreign Arbitral Award and the Declarations of Genevieve M. Hartel, Robert A. Cohen, and Gillian Lemaire in Support of the Application; a Rule 7.1 Disclosure Statement; an initial Electronic Case Filing Order; and a Consent to Proceed Before a U.S. Magistrate Judge. The Application sets forth the allegations against Respondents and the grounds for the relief requested from the Court. The Rule 7.1 Disclosure Statement is a document in which a party to an action must identify any parent corporation and any publicly held corporation that owns 10% or more of its stock, as well as any other affiliate or subsidiary with outstanding securities in the hands of the public. The initial Electronic Case Filing Order is a Court order which requires that documents in this case be filed with the Court electronically, and explains the procedure for such filings. The Consent to Proceed Before a U.S. Magistrate Judge is a form provided by the Court whereby the parties to a case may agree to have their matter heard by a U.S. Magistrate Judge.

5. **Nature and purpose of the proceedings**: The lawsuit asks the Court to recognize and enforce an arbitral award in the amount of US $3,398,365.32 (plus interest, costs and attorneys' fees) that was rendered in favor of CPB and against Respondents by arbitral tribunal established under the Rules of Arbitration of the International Court of Arbitration of the International Chamber of Commerce on or about May 30, 2005 (hereafter referred to as the "Award"). The Award arose from Respondents' failure to make contractually mandated payments and fulfill certain other obligations pursuant to the terms of a Power Purchase Agreement dated March 17, 1998, as amended, between CPB, on the one hand, and the Dominican Republic and the Corporación Dominicana de Electricidad, a predecessor-in-interest to CDEEE, on the other hand. Respondents have yet to satisfy the Award and CPB seeks recognition of the Award by the Court so that CPB may enforce the Award against Respondents in the United States.

6. **Time for responding:** A response to the enclosed Application is required to be submitted by Respondents to the Court not later than 60 days after your receipt of this notice and the enclosed documents. The response may present jurisdictional defenses (including defenses relating to state immunity). The failure to submit a timely response to the Court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment. Questions relating to state immunities and the jurisdiction of the United States Courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976 (hereafter referred to as "FSIA"), which appears in sections 1330, 1391(f), 1441(d), and 1602 through 1611, of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891).

Dated:  August 28, 2006

By: /s/ Frank J. Eisenhart
DECHERT LLP
Frank J. Eisenhart (D.C. Bar No. 418630)
Christian A. Natiello (D.C. Bar No. 472960)
1775 I Street, NW
Washington, D.C. 20006-2401
Telephone: (202) 261-3300
Facsimile: (202) 261-3333

Attorneys for Applicant
Cayman Power Barge I, Ltd.