## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAYMAN POWER BARGE I, LTD.,

        Applicant,

    v.

THE STATE OF THE DOMINICAN REPUBLIC,
and CORPORACIÓN DOMINICANA DE
EMPRESAS ELÉCTRICAS ESTATALES (formerly
known as CORPORACIÓN DOMINICANA DE
ELECTRICIDAD),

        Respondents.

Case No. 1:06CV01362 (RMC)

### AFFIDAVIT REQUESTING FOREIGN MAILING

1.    I, the undersigned, counsel for Applicant Cayman Power Barge I, Ltd.

("CPB"), hereby request that the Clerk mail a copy of the Application for Confirmation,

Amended Notice of Application, translations thereof, and accompanying documents to:

El Estado de la República Dominicana
c/o Carlos Morales Troncoso
Ministro de Relaciones Exteriores
Secretaría de Estado de Relaciones Exteriores
Avenida Independencia No. 752
Santo Domingo, República Dominicana

by any form of mail requiring a signed receipt pursuant to the provisions of 28 U.S.C. §

1608(a)(3).

2.    This method of service is authorized by 28 U.S.C. § 1608(a)(3), which

provides that if service cannot be made pursuant to 28 U.S.C. § 1608(a)(1) or (2), then service

can be made,

> by sending a copy of the summons and complaint and a notice of
> suit, together with a translation of each into the official language of
> the foreign state, by any form of mail requiring a signed receipt, to
> be addressed and dispatched by the clerk of the court to the head of
> the ministry of foreign affairs of the foreign state concerned.

RECEIVED

SEP 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.    I further request that the Clerk mail a copy of the Application for

Confirmation, Amended Notice of Application, translations thereof, and accompanying

documents to:

Corporación Dominicana de Empresas Eléctricas Estatales
a/c Sr. Rhadames Segura, Administrador General
Edificio Principal
Avenida Independencia Esq. Calle Fray Cipriano de Utrera
Centro de los Héroes
Santo Domingo, República Dominicana

4.    This method of service is authorized by 28 U.S.C. § 1608(b)(3)(B), which

provides that if service cannot be made  pursuant to 28 U.S.C.  § 1608(a)(1) or (2), then service

can be made,

> by delivery of a copy of the summons and compliant together with
> a translation of each into the official language of the foreign
> state—(B) by any form of mail requiring a signed receipt, to be
> addressed and dispatched by the clerk of court to the agency or
> instrumentality to be served.

5.    I certify that the U.S. State Department has no indication that service via

registered mail is contrary to the laws or regulations of the Dominican Republic. I obtained this

information by contacting the Office of Policy Review and Inter-Agency Liaison in the

Directorate of Overseas Citizens Services, Bureau of Consular Affairs, U.S. Department of State.

Dated:  August _14_, 2006
Washington, DC

DECHERT LLP

By: _____
Frank J. Eisenhart (D.C. Bar No. 418630
Christian A. Natiello (D.C. Bar No. 472960)
1775 I Street, N.W.
Washington, D.C.  20006-2401
Telephone:  (202) 261-3300
Fax:  (202) 261-3333