

1775 I Street, N.W.
Washington, D.C. 20006-2401
+1 202 261 3300  Main
+1 202 261 3333  Fax
www.dechert.com

**CHRISTIAN A. NATIELLO**

christian.natiello@dechert.com
+1  202  261  3458  Direct
+1  202  261  3158  Fax

November 14, 2006

**VIA HAND DELIVERY**

Ms. Teresa Gumiel
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Re: *Cayman Power Barge I, Ltd. v. The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

Civil Action No. 1:06CV01362 (RMC)

Dear Ms. Gumiel:

My firm represents Applicant Cayman Power Barge I, Ltd. ("CPB") in the above-referenced case, which seeks to confirm a foreign arbitration award. I write to request your assistance in connection with service of process on Respondent the State of the Dominican Republic ("Dominican Republic") via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4), because CPB has exhausted other methods of service under Section 1608(a).

Section 1608(a)(1) is not applicable in this case because there is no special arrangement for service of process with the Dominican Republic. Section 1608(a)(2) is not applicable because the Dominican Republic is not a party to an applicable international convention on the service of judicial documents. CPB has attempted service of process under Section 1608(a)(3), without success. Specifically, on October 3, 2006, the Clerk of the Court mailed copies of the application for confirmation and notice of suit, together with translations of each into the official language of the Dominican Republic, by registered mail, return receipt requested, to the Dominican Republic c/o its Minister of Foreign Affairs. *See* Exh. A. More than thirty days have elapsed since then, and I have not received confirmation of service with respect to the Dominican Republic.

Accordingly, I respectfully request that you transmit to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services, two copies of the following documents for service on the Dominican Republic via diplomatic channels pursuant to Section 1608(a)(4):

U.S.  Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  Frankfurt  London  Luxembourg  Munich  Paris

# Dechert
LLP

Ms. Teresa Gumiel
November 14, 2006
Page 2

1. Notice of Suit, a translation thereof, and a copy of the Foreign Sovereign Immunities Act;
2. Summons and a translation thereof;
3. Application for Confirmation of Foreign Arbitral Award and a translation thereof;
4. Declarations of Genevieve Hartel, Robert Cohen, and Gillian Lemaire in support of the Application, and translations thereof;
5. Certificate Under LCvR 26.1 and a translation thereof;
6. Initial Electronic Case Filing Order and a translation thereof;
7. Consent to Proceed Before a United States Magistrate Judge form.

Two copies of each of the above documents are enclosed.

For use by the State Department, the Dominican Republic's address is as follows:

The State of the Dominican Republic
c/o Carlos Morales Troncoso
Minister of Foreign Affairs
Secretaría de Estado de Relaciones Exteriores
Avenida Independencia No. 752
Santo Domingo, Dominican Republic

I would be grateful if you would provide us with a certified copy of the diplomatic note transmitting these documents to the Dominican Republic when it becomes available. My address appears above. Thank you in advance for your attention to this matter.

Very truly yours,

Christian A. Natiello

CAN/vlp

**Dechert**
LLP

Ms. Teresa Gumiel
November 14, 2006
Page 3

# Exhibit A

CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAYMAN POWER BARGE I, LTD.
_____
Plaintiff(s)

vs.

Civil Action No.: 06-1362 (RMC)

STATE OF THE DOMINICAN REPUBLIC, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __3rd__ day of __October__, 20 __06__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

06-1362 (RMC)



