# Dechert
LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
+1 202 261 3300  Main
+1 202 261 3333  Fax
www.dechert.com

**CHRISTIAN A. NATIELLO**

christian.natiello@dechert.com
+1 202 261 3458  Direct
+1 202 261 3158  Fax

November 27, 2006

**VIA HAND DELIVERY**

Ms. Teresa Gumiel
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Cayman Power Barge I, Ltd. v. The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

   **Civil Action No. 1:06CV01362 (RMC)**

Dear Ms. Gumiel:

I, the undersigned, counsel for Applicant Cayman Power Barge I, Ltd. ("CPB"), hereby request that the Clerk mail a copy of the Application for Confirmation, Amended Notice of Application, translations thereof, and accompanying documents via Federal Express to:

Corporación Dominicana de Empresas Eléctricas Estatales
c/o Mr. Rhadames Segura, General Administrator
Edificio Principal
Avenida Independencia Esq. Calle Fray Cipriano de Utrera
Centro de los Héroes
Santo Domingo, Dominican Republic

pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

This method of service is authorized by 28 U.S.C. § 1608(a)(3), which provides that if service cannot be made pursuant to 28 U.S.C. § 1608(a)(1) or (2), then service can be made:

> by sending a copy of the summons and complaint and a notice of
> suit, together with a translation of each into the official language
> of the foreign state, by any form of mail requiring a signed
> receipt, to be addressed and dispatched by the clerk of the court



November 27, 2006
Page 2

to the head of the ministry of foreign affairs of the foreign state concerned.

Service on Corporación Dominicana de Empresas Eléctricas Estatales was first tried via certified mail on October 3, 2006. To date, the court has still not received confirmation that Corporación Dominicana de Empresas Eléctricas Estatales received that mailing. Thus, Cayman Power Barge I, Ltd. respectfully requests this Court to re-send all required materials to Corporación Dominicana de Empresas Eléctricas Estatales via Federa Express.

Very truly yours,

Christian A. Natiello