CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAYMAN POWER BARGE I, LTD.
_____
                Plaintiff(s)

vs.                                           Civil Action No.: 06-1362 (RMC)

STATE OF THE DOMINICAN REPUBLIC, et al.
_____
                Defendant(s)

## CERTIFICATE OF MAILING

　　　　I hereby certify under penalty of perjury, that on the __28th__ day of __November__, 20 _06_, I mailed:

1. ☐ One copy of the summons and complaint    by registered mail, return receipt requested  , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit    , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested  , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit    , together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested   , to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint    , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested   , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


　　　　　　　　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, CLERK

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

