CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CAYMAN POWER BARGE I, LTD.**
　　　　　　　　Plaintiff(s)

vs.                                          Civil Action No.: 06-1362 (RMC)

STATE OF THE DOMINICAN REPUBLIC, et al.
　　　　　　　　Defendant(s)

## CERTIFICATE OF MAILING

　　I hereby certify under penalty of perjury, that on the __29th__ day of __November__, 20 __06__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by FedEx, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

　　　　　　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, CLERK

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

# FedEx International Air Waybill
*For FedEx services worldwide*

**1 From** *Please print and press hard.*

Date: 11/29/06

Sender's Name: 

Sender's FedEx Account Number: 

Company: Clerk of Court, United States District Court for the District of Columbia

Address: 333 Constitution Avenue, N.W.

City: Washington   State/Province: DC   ZIP/Postal Code: 20001

Country: USA

**2 To**

Recipient's Name: Corporacion Dominicana de Empresas Electricas Estatales

Company: c/o Mr. Rhadames Segura, General Administrator

Address: Edificio Principal, Avenida Independencia Esq. Calle Fray Cipriano de Utrera

Address: Centro de los Heroes

City: Santo Domingo

Country: Dominican Republic

**3 Shipment Information**

Total Packages: 1   Total Weight: 1 lb   ☒ lbs ☐ kg

Commodity Description: Legal Documents

Total Declared Value: $1.00

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**7 Payment** *Bill transportation charges to:*
☒ Sender   FedEx Acct. No.: 0200-5439-5

**7b** *Bill duties and taxes to:*
☒ Third Party   FedEx Acct. No.: 0200-5439-5

**8 Your Internal Billing Reference:** 3458.358666

FedEx Tracking Number: 8578 6474 6049

Sender's Copy