06-1362 (RMC)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY REVIEW AND
INTERAGENCY LIAISON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW
FOURTH FLOOR
WASHINGTON, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
12-8-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☑ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7002 0860 0000 7772 4633

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1035