IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br><br> Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br><br> Respondents. | Civil Action No. 1:06CV01362 (RMC) |

**STIPULATION RE: RESPONDENTS' DEADLINE TO RESPOND TO APPLICATION TO CONFIRM FOREIGN ARBITRAL AWARD**

WHEREAS, on August 1, 2006, Applicant Cayman Power Barge I, Ltd. ("Applicant") filed an application before this Court (the "Application") to confirm a foreign arbitral award that was rendered by an Arbitral Tribunal established under the rules of the International Chamber of Commerce in an arbitration between Applicant, on the one hand, and the State of the Dominican Republic (the "Dominican Republic") and Corporación Dominicana de Empresas Eléctricas Estatales (formerly known as Corporación Dominicana de Electricidad) ("CDEEE") (collectively "Respondents"), on the other hand;

WHEREAS, on September 28, 2006, the Clerk of the Court (the "Clerk") issued summonses to Respondents in connection with this proceeding and, on October 3, 2006, at the request of Applicant, the Clerk dispatched copies of the summonses, Application, notice of suit, and related documents to each Respondent separately via certified mail in an attempt to effect

service pursuant to 28 U.S.C. § 1608(a)(3);

WHEREAS, as of November 27, 2006, the Clerk had not received the return receipts from the October 3, 2006 mailings, and accordingly, at the request of Applicant, the Clerk re-attempted service on the Respondents, and in particular:

(a) on November 28, 2006, the Clerk dispatched copies of the summons, Application, notice of suit, and related documents via certified mail to the U. S. Department of State, Edward Betancourt, Director, Office of Policy Review and Interagency Liaison Overseas Citizens Services, for service on the Dominican Republic via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4), and

(b) on November 29, 2006, the Clerk dispatched copies of the summons, Application, notice of suit and related documents to CDEEE by Federal Express in an attempt to effect service pursuant to 28 U.S.C. § 1608(a)(3);

WHEREAS, on December 19, 2006, counsel for Applicant separately delivered to counsel for Respondents copies of the Application and related documents filed in this proceeding;

WHEREAS, the parties wish to avoid any confusion and unnecessary litigation regarding the issuance and service of the summonses, Application, notice of suit and related documents, and regarding the due date for the Respondents' response to the Application;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between counsel for Applicant and Respondents, subject to Court approval, as follows:

Respondents shall have up to and including February 20, 2007, to file their respective responses to the Application. It is agreed further that Respondents shall, and hereby do, waive any right to challenge the sufficiency of process and/or of service of process under Federal Rule of Civil Procedure 12(b)(4) and (5), 28 U.S.C. § 1608, and/or the Federal Arbitration Act, 9

U.S.C. § 1 et seq., respecting the summonses, Application, notice of suit, and related documents in this proceeding; provided, however, that this Stipulation shall in no way limit, prevent or constitute a waiver of any other defenses or challenges that Respondents may have or raise respecting the Application.

IT IS SO STIPULATED.

_____
Frank J. Eisenhart (D.C. Bar No. 418630)
Christian A. Natiello (D.C. Bar No. 472960)
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401

Robert A. Cohen
George K. Foster (D.C. Bar No. 497152)
Dechert LLP
30 Rockefeller Plaza
New York, New York 10112

*Attorneys for Applicant Cayman Power Barge I, Ltd.*

_____
William F. Demarest, Jr. (D.C. Bar No. 266312)
Marvin T. Griff (D.C. Bar No. 423839)
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-3901

*Attorneys for Respondents The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

Dated: December 22, 2006

**SO ORDERED:**

_____
**THE HONORABLE ROSEMARY M. COLLYER**
**United States District Judge**

3