THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.,<br><br>　　　　　　　Applicant,<br><br>　　v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD),<br><br>　　　　　　　Respondents. | Case No. 1:06CV01362 (RMC) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF GEORGE K. FOSTER

Pursuant to Local Rule 83.2(d) of this Court, Christian Natiello, Esquire, a member in good standing of the Bar of this Court, moves the admission of George K. Foster, Esquire, to appear *pro hac vice* in the above-captioned proceeding as co-counsel for Applicant Cayman Power Barge I, Ltd.

In accordance with Rule 83.2(d), the movant and the proposed admittee certify as follows:

　　1.　　The proposed admittee's full name is George Kenneth Foster.

　　2.　　Mr. Foster's office address is George K. Foster, Dechert LLP, 30 Rockefeller Plaza, New York, New York, 10112. His phone number is (212) 698-3827.

　　3.　　Mr. Foster is admitted to the Bars of New York, California, and the District of Columbia. Mr. Foster is also admitted to practice before the U.S. District Courts for the

Northern, Central, Eastern and Southern Districts of California, the Southern District of New York, and the U.S. Court of Appeals for the Ninth Circuit.

4. Mr. Foster has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5. Mr. Foster does not regularly practice law in the District of Columbia and has not been admitted *pro hac vice* in the District of Columbia in the past two years.

6. It is understood by Mr. Foster that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, good cause having been shown, it is requested that this Motion be granted.

Movant:                                                  Proposed Admittee:

/s/ Christian Natiello                                   /s/ George K. Foster
Christian Natiello                                       George K. Foster
D.C. Bar No. 473960                                      DECHERT LLP
DECHERT LLP                                              30 Rockefeller Plaza
1775 I Street, N.W.                                      New York, New York  10112
Washington, D.C.  20006                                  (212) 698-3827
(202) 261-3458

Dated: January 5, 2007

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br><br> Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br><br> Respondents. | Case No. 1:06CV01362 (RMC) |

### ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF GEORGE K. FOSTER

Upon consideration of the Motion for *Pro Hac Vice* Admission of George K. Foster, it is by the Court, this ____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Rosemary M. Collyer
UNITED STATES DISTRICT COURT JUDGE
Washington, D.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of George K. Foster, and proposed Order was served by first-class mail, postage prepaid, upon:

>Marvin T. Griff, Esq.
>Blackwell Sanders Peper Martin LLP
>750 17th St., N.W.
>Suite 1000
>Washington, D.C. 20006

>/s/ Christian Natiello
>Christian Natiello