THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br><br> Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br><br> Respondents. | Case No. 1:06CV01362 (RMC) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ROBERT A. COHEN

Pursuant to Local Rule 83.2(d) of this Court, Christian Natiello, Esquire, a member in good standing of the Bar of this Court, moves the admission of Robert A. Cohen, Esquire, to appear *pro hac vice* in the above-captioned proceeding as co-counsel for Applicant Cayman Power Barge I, Ltd.

In accordance with Rule 83.2(d), the movant and the proposed admittee certify as follows:

1. The proposed admittee's full name is Robert Allen Cohen.

2. Mr. Cohen's office address is: Robert A. Cohen, Dechert LLP, 30 Rockefeller Plaza, New York, New York, 10112. His phone number is (212) 698-3501.

3. Mr. Cohen is admitted to the Bar of the State of New York. He is also admitted to practice before the U.S. District Courts for the Southern and Eastern Districts of New York and

the Northern District of California; U.S. Courts of Appeals for the Second and Ninth Circuits; and the United States Supreme Court.

4. Mr. Cohen has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5. Mr. Cohen does not regularly practice law in the District of Columbia. Mr. Cohen was admitted *pro hac vice* in this Court on April 4, 2004, in a case entitled *NML Capital, Ltd. v. Republic of Argentina*, case number 1:04cv197. The case concluded on November 11, 2006. Apart from that case, Mr. Cohen has not applied for *pro hac vice* admission to this Court at any other time during the past two years.

6. It is understood by Mr. Cohen that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, good cause having been shown, it is requested that this Motion be granted.

Movant:                                                    Proposed Admittee:

/s/ Christian Natiello                                     /s/ Robert A. Cohen
Christian Natiello,                                        Robert A. Cohen
D.C. Bar No. 473960                                        DECHERT LLP
DECHERT LLP                                                30 Rockefeller Plaza
1775 I Street, N.W.                                        New York, New York 10112
Washington, D.C. 20006                                     (212) 698-3501
(202) 261-3458

Dated: January 5, 2007

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.,<br><br>Applicant,<br><br>v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD),<br><br>Respondents. | Case No. 1:06CV01362 (RMC) |

## ORDER GRANTING MOTION
## FOR *PRO HAC VICE* ADMISSION OF ROBERT A. COHEN

Upon consideration of the Motion for *Pro Hac Vice* Admission of Robert A. Cohen, it is by the Court, this ____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Rosemary M. Collyer
UNITED STATES DISTRICT COURT JUDGE
Washington, D.C.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Robert A. Cohen, and proposed Order was served by first-class mail, postage prepaid, upon:

>Marvin T. Griff
>Blackwell Sanders Peper Martin, LLP
>750 17th St., N.W.
>Suite 1000
>Washington, D.C. 20006

>/s/ Christian Natiello
>Christian Natiello