THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.,<br>            Applicant,<br><br>v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC,<br>and CORPORACIÓN DOMINICANA DE<br>EMPRESAS ELÉCTRICAS ESTATALES (formerly<br>known as CORPORACIÓN DOMINICANA DE<br>ELECTRICIDAD),<br>            Respondents. | Case No. 1:06CV01362 (RMC) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL D. FIELDING

Pursuant to Local Rule 83.2(d) of this Court, Marvin T. Griff, Esquire, a member in good standing of the Bar of this Court, moves the admission of Michael D. Fielding, Esquire, to appear *pro hac vice* in the above-captioned proceeding as co-counsel for Respondents the State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales (formerly known as Corporación Dominicana de Electricidad).

In accordance with Rule 83.2(d), the movant and the proposed admittee certify as follows:

    1.     The proposed admittee's full name is Michael Delynn Fielding.

    2.     Mr. Fielding's office address is Blackwell Sanders Peper Martin, LLP, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. His telephone number is 816-983-8353.

    3.     Mr. Fielding is admitted to the State Bars of Kansas and Missouri. He is also admitted to practice before the following federal courts: the United States Court of Appeals for the Federal, Eighth and Tenth Circuits; the United States District Courts of Kansas, Nebraska

and the Western District of Missouri; the Court of Federal Claims; and the Court of International Trade.

    4.    Mr. Fielding has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

    5.    Mr. Fielding does not regularly practice law in the District of Columbia. Mr. Fielding has never before been admitted *pro hac vice* in this Court.

    6.    It is understood by Mr. Fielding that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

WHEREFORE, good cause having been shown, it is requested that this Motion be granted.

| Movant: | Proposed Admittee: |
|---|---|
| *[signature]* | *[signature]* |
| Marvin T. Griff | Michael D. Fielding |
| D.C. Bar No. 423839 | BLACKWELL SANDERS PEPER MARTIN, LLP |
| BLACKWELL SANDERS PEPER MARTIN, LLP | 4801 Main Street, Suite 1000 |
| 750 17th Street, NW, Suite 1000 | Kansas City, Missouri 64112 |
| Washington, DC 20006 | 816-983-8353 |
| 202-378-2311 | |

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br>            Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br>            Respondents. | Case No. 1:06CV01362 (RMC) |

**ORDER GRANTING MOTION
FOR PRO HAC VICE ADMISSION OF MICHAEL D. FIELDING**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Michael D. Fielding, it is by the Court, this _____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED.

_____
The Honorable Rosemary M. Collyer
UNITED STATE DISTRICT COURT JUDGE
Washington, D.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Michael D. Fielding, and proposed Order was served by first-class mail, postage prepaid, upon:

>Frank J. Eisenhart
>DECHERT LLP
>1775 I Street, NW
>Washington, DC 20006-2402

_____
Marvin T. Griff