IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.<br>c/o Corporate Filing Services Ltd.<br>PO Box 613 GT, 4th Floor Harbour Centre<br>Grand Cayman, Cayman Islands,<br><br>     Plaintiff,<br><br> v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD),<br><br>     Defendants. | Civil Action No. 1:06CV01362 (RMC) |

**DEFENDANTS' CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants, the State of the Dominican Republic ("Dominican Republic") and Corporación de Empresas Eléctricas Estatales ("CDEEE"), certify that to the best of my knowledge and belief, the Dominican Republic is the 100% owner of CDEEE. Moreover, I am unaware of any other subsidiaries or affiliates related to either Defendant that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Marvin T. Griff (D.C. Bar No. 423839)
Michael Fielding (D.C. Bar Admission – Motion to appear *pro hac vice* granted)
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-4656

*Attorneys for Defendants The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

Dated: February 20, 2007

## Certificate of Service

I herby certify that on this 20th day of February, 2007, a true and correct copy of the above and foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

_____
Marvin T. Griff (D.C. Bar No. 423839)
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-4656

*Attorney for Defendants The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*