# EXHIBIT A

**Power Purchase Agreement between the State of the Dominican Republic,
Represented by Corporacion Dominicana de Electridad and
Cayman Power Barge I, LTD**

**Dated as of March 1, 1998**

# PART V

POWER PURCHASE AGREEMENT

ATTACHMENT C

INTERCONNECTION FACILITIES

A. Description of THE CORPORATION Interconnection Facilities

. Ability to trip THE CORPORATION's 72 kv circuit breaker
. Contacts to indicate the status of THE CORPORATION's high voltage circuit breaker
  (52a and 52b contacts)
. THE CORPORATION's high voltage breaker must be equipped with synchronism check relay to prevent closing of the circuit breaker when the barge and THE CORPORATION's system are out of synchronism.

B. Description of THE SELLER Interconnection Facilities

(i) Power Barge I

THE SELLER Interconnection Facilities include the 13.8 kW OCB, revenue metering CTs and PTs, 36,000 kva, 69 kv power transformer, manual disconnect switches, lightning conductors, and associated cabling and insulators up to the Delivery Point.

(ii) Additional Capacity – Power Barge II

THE SELLER Interconnection Facilities for the ADDITIONAL CAPACITY include the 13.8 kW OCB, revenue metering CTs and PTs, 69 kv power transformer, manual disconnect switches, lightning conductors, and associated cabling and insulators up to the Delivery Point.

(iii) Supplemental Capacity

THE SELLER Interconnection Facilities for the SUPPLEMENTAL CAPACITY includes revenue metering CTs and PTs, 69 kv power transformer, manual disconnect switches, lightning conductors, and associated cabling and insulators up to the Delivery Point.

C. Description of Metering Point

The metering CTs and PTs for Power Barge I shall be located on the 13.8 kv side of the main power transformer until the earlier of (i) the COMMISSIONING of the ADDITIONAL CAPACITY, or (ii) 10 months from the start of PHASE I. Subsequent to said date, the PHASE I metering TCs and TPs

shall be located on the 69 kv side of the main power transformer. THE SELLER shall reach agreement with THE CORPORATION as to the percentage of transformer loss to be subtracted from the Net Energy Production. If THE CORPORATION does not agree with the SELLER on the percentage of transformer losses, then THE SELLER will install meters on the 69 kV side of the main power transformer. The metering CTs and PTs for the ADDITIONAL CAPACITY (Power Barge II) and the SUPPLEMENTAL CAPACITY will be located on the 69 kW side of the main power transformer.

The following instrumentation will be used for each of Power Barge I, the ADDITIONAL CAPACITY (Power Barge II), and the SUPPLEMENTAL CAPACITY:

1. 3 potential transformers (PTs)
2. 6 current transformers (CTs)
3. 2 kilowatt-hour totalizers

D. Description of the Delivery Point

- Power Barge I

The Delivery Point is at the 69 kv insulators on top of the steel takeoff structure of the Facility near the stern above the power transformer. This connection is created with NEMA 4 pads, supplied by THE CORPORATION, terminating the 500 MCM (minimum) cables for each phase. The connection can be with either the port or the starboard side. THE CORPORATION shall install a static line from shore to above the Point of Delivery for lightning protection. The Facility also requires two (2) 300 MCM copper grounding cables connected to the starboard side that will tie the grounding and protection system of the barge to THE CORPORATION ground grid. The Facility requires a single pair of control wire to trip THE CORPORATION onshore tie breaker to protect the electrical system of the Facility from a fault condition.

THE CORPORATION shall provide a fire-fighting water supply to a connection point on the Facility.

Additional Capacity – Power Barge II

The Delivery Point is at the 69 kv insulators on top of the steel takeoff structure of the Facility near the stern above the power transformer. This connection is created with NEMA 4 pads, supplied by THE CORPORATION, terminating the 550 MCM (minimum) cables for each phase. The connection can be with either the port or the starboard side. THE CORPORATION shall install a static line from shore to above the Point of Delivery for lightning protection. The Facility also requires two (2) 300 MCM copper grounding cables connected to the starboard side that will tie the grounding and protection system of the barge to THE CORPORATION ground grid. The Facility requires a single pair of control wires

to trip THE CORPORATION onshore tie breaker to protect the electrical system of the Facility from a fault condition.

THE CORPORATION shall provide a fire-fighting water supply to a connection point on the Facility.

- Supplemental Capacity

The Delivery Point for the Supplemental Capacity will be located after the metering equipment on the high side of the power transformer located inside the Facility.

E. Metering instrumentation tolerance

Plus or minus 3%

POWER PURCHASE AGREEMENT

ATTACHMENT D

TESTS

Power Barge I

Dependable Capacity Criterion (Paragraph 5.3)

- More than 576,810 kWh Net Electrical Production in a period of 24 consecutive hours

Additional Capacity – Power Barge II

- Criterion as described in Paragraph THIRTEEN

Supplemental Capacity

- Criterion as described in Paragraph THIRTEEN

POWER PURCHASE AGREEMENT

ATTACHMENT E

ENERGY UNIT PRICE FOR POWER BARGE I AND THE ADDITIONAL CAPACITY

A. The Energy Unit Price of Power Barge I, the ADDITIONAL CAPACITY, and the SUPPLEMENTAL CAPACITY is shown in the following table:

| POWER BARGE I | (US$) Energy Unit Price (kWh) |
|---|---|
| Capacity Component | 0.0252 |
| Operations & Maintenance Component ("O&M") | 0.0148 |
| Total Energy Unit Price of POWER BARGE I | 0.04 |

| ADDITIONAL CAPACITY and SUPPLEMENTAL CAPACITY | (US$) Energy Unit Price (kWh) |
|---|---|
| Capacity Component | 0.0232 |
| Operations & Maintenance Component ("O&M") | 0.0148 |
| Total Energy Unit Price of ADDITIONAL CAPACITY and SUPPLEMENTAL CAPACITY | 0.0380 |

B. The O&M Component of the Energy Unit Price will increase based on the Consumer Price Index for the Dominican Republic published by the Central Bank of the Dominican Republic applicable at the beginning of the third CONTRACT YEAR. The first escalation will be for the second CONTRACT YEAR. Each subsequent escalation will be established for the preceding twelve (12) months.