750 17th St. N.W., Suite 1000  Washington, D.C. 20006
Tel (202) 378-2300  Fax (202) 378-2319
WEBSITE: www.blackwellsanders.com

Marvin T. Griff
Partner
DIRECT: (202) 378-2311

DIRECT FAX: (202) 378-2319
E-MAIL: mgriff@blackwellsanders.com

February 23, 2007

Ms. Nancy Mayer-Whittington
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    **CAYMAN POWER BARGE I, LTD. v. STATE OF THE DOMINICAN REPUBLIC *et al*, Civil Action No. 1:06-cv-01362 (RMC)**

Dear Ms. Mayer-Whittington:

    We were contacted this morning by your office and informed that a number of exhibits included as part of the February 20, 2007, Special Entry of Appearance and Motion that we filed electronically on behalf of our client, the State of the Dominican Republic and Corporación de Empresas Eléctricas Estatales ("Dominican Republic *et al.*"), were "corrupted" and could not be opened. Dominican Republic *et al.* is hereby resubmitting those exhibits as an *erratum* to its filing. Please contact us if you have any further problems in this regard.

                                            Respectfully submitted,

                                            */s/ Marvin T. Griff*

                                            Marvin T. Griff
                                            *Attorney for the State of the Dominican Republic*
                                            *and Corporación Dominicana de Empresas*
                                            *Eléctricas Estatales*

MTG

Enclosures

KANSAS CITY, MISSOURI • ST. LOUIS, MISSOURI • OMAHA, NEBRASKA • SPRINGFIELD, MISSOURI • LINCOLN, NEBRASKA
OVERLAND PARK, KANSAS • BELLEVILLE, ILLINOIS • WASHINGTON, D.C. • LONDON, UNITED KINGDOM

AFFILIATES: LEEDS • MANCHESTER
MEMBER OF THE WORLD SERVICES GROUP