# EXHIBIT C

**Selected Dominican Republic Laws &
Corresponding English Translation**

# LANGUAGE COMPANY
# TRANSLATIONS
#### COMMUNICATE WITH THE WORLD



I certify the following to be a true and accurate translation of the original documents presented to me.

*Nancy T. Hancock*

Nancy T. Hancock, Notary Public
My commission expires 1/30/10.

Director, Language Company Translations, LC
Norman, Cleveland County, OK



NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA
OFFICIAL SEAL
Nancy T. Hancock
Commission # 06001189
Expires January 30, 2010

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 3.- La soberanía de la Nación dominicana, como Estado libre e independiente, es inviolable. La República es y será siempre libre e independiente de todo poder extranjero. Por consiguiente, ninguno de los poderes públicos organizados por la presente Constitución podrá realizar o permitir la realización de actos que constituyan una intervención directa o indirecta en los asuntos internos o externos de la República Dominicana o una injerencia que atente contra la personalidad e integridad del Estado y de los atributos que se le reconocen y consagran en esta Constitución. El principio de la no intervención constituye una norma invariable de la política internacional dominicana. La República Dominicana reconoce y aplica las normas del Derecho Internacional general y americano en la medida en que sus poderes públicos las hayan adoptado, y se pronuncia en favor de la solidaridad económica de los países de América y apoyará toda iniciativa que propenda a la defensa de sus productos básicos y materias primas.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 3. – The sovereignty of the Dominican nation as a free and independent State is inviolable. The Republic is and ever shall be free and independent of any foreign power. Consequently, none of the sovereign powers incorporated under the present Constitution shall realize or cause to be realized any acts which constitute direct or indirect intervention in the internal or external affairs of the Dominican Republic or any interference which makes an attempt on the capacity and integrity of the State and of the attributes which are recognized and dedicated in this Constitution. The principle of no intervention constitutes an invariable norm of international Dominican policy. The Dominican Republic recognizes and applies both general and American rules of International Law to the extent that their sovereign powers have adopted them, and pronounces itself in favor of the economic solidarity of the American nations and will support any initiative which is intended for the protection of its basic products and raw materials.

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 37.- Son atribuciones del Congreso:… 19.- Aprobar o no los contratos que le someta el Presidente de la República de conformidad con el inciso 10 del artículo 55 y con el artículo 110.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 37. – The Congress has the responsibility to:... 19. – Approve or not the contracts submitted to it by the President of the Republic in conformity with Section 10 of Article 55 and with Article 110.

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 46.- Son nulos de pleno derecho toda ley, decreto, resolución, reglamento o acto contrarios a esta Constitución.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 46. – Any law, decree, resolution, ruling or act contrary to this Constitution shall be null and void by full right.

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 48.- Las leyes relativas al orden público, la policía, la seguridad y las buenas costumbres, obligan a todos los habitantes del territorio y no pueden ser derogadas por convenciones particulares.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 48. – All inhabitants of the territory are bound by laws which relate to public order, the police, security and moral principles, which laws cannot be annulled by private agreements.

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 55.- El Presidente de la República es el jefe de la administración pública y el jefe supremo de toda las fuerzas armadas de la República y de los cuerpos policiales. Corresponde al Presidente de la República:… 10.- Celebrar contratos, sometiéndolos a la aprobación del Congreso Nacional, cuando contengan disposiciones relativas a la afectación de las rentas nacionales, a la enajenación de inmuebles cuyo valor sea mayor de veinte mil pesos oro o al levantamiento de empréstitos o cuando estipulen exenciones de impuestos en general, de acuerdo con el artículo 110; sin tal aprobación, en los demás casos.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 55. – The President of the Republic is the head of public administration and the commander in chief of all armed forces of the Republic and of the police forces. It shall be the responsibility of the President of the Republic:… 10. – To sign contracts, submitting them for approval to the National Congress when they contain provisions relative to the encumbrance of national revenues, the disposition of real or fixed properties with a value in excess of twenty thousand gold pesos, or the relief of loans or the stipulation of exemption from taxes in general, in accordance with Article 110; without such approval in other cases.

**Constitución de la República Dominicana de fecha 25 de julio del 2002**
Artículo 110.- No se reconocerá ninguna exención, ni se otorgará ninguna exoneración, reducción o limitación de impuestos, contribuciones o derechos fiscales o municipales, en beneficio de particulares, sino por virtud de la ley. Sin embargo, los particulares pueden adquirir, mediante concesiones que autorice la ley, o mediante contratos que apruebe el Congreso Nacional, el derecho irrevocable de beneficiarse, por todo el tiempo que estipule la concesión o el contrato, y cumpliendo con las obligaciones que la una y el otro les impongan, de exenciones, exoneraciones, reducciones o limitaciones de impuestos, contribuciones o derechos fiscales o municipales incidentes en determinadas obras o empresas de utilidad pública o en determinadas obras o empresas hacia las que convenga atraer, para el fomento de la economía nacional, o para cualquier otro objeto de interés social, la inversión de nuevos capitales.

**Constitution of the Dominican Republic dated July 25, 2002**
Article 110. - No exemption will be recognized nor exoneration, reduction or limitation on taxes, assessments, or treasury or municipal laws to the benefit of members of the public shall be granted, except as indicated by law. Nevertheless, members of the public can acquire, either through concessions authorized by law or through contracts approved by the National Congress, the irrevocable right to benefits, for the entire time stipulated by the concession or contract, and in compliance with the obligations imposed by one or the other, from exemptions, exonerations, reductions or limitations on taxes, assessments, or treasury or municipal laws incidental in specific works or public utility firms or in specific works or firms toward which it is important to attract, either for the development of the national economy or any other object of social interest, the investment of new capital.

**Código Civil de la Republica Dominicana**
Art. 6.- Las leyes que interesan al orden público y a las buenas costumbres no pueden ser derogadas por convenciones particulares.

**Civil Code of the Dominican Republic**
Article 6. – Laws concerning public order and moral principles cannot be repealed by private contracts.

**Código Civil de la Republica Dominicana**
Art. 1133.- Es ilícita la causa, cuando está prohibida por la ley, y cuando es contraria al orden público o a las buenas costumbres.

**Civil Code of the Dominican Republic**
Article 1133. – A cause is not lawful if it is prohibited by law or contrary to public order or moral principles.

**Código Civil de la Republica Dominicana**
Art. 1134.- Las convenciones legalmente formadas tienen fuerza de ley para aquellos que las han hecho. No pueden ser revocadas, sino por su mutuo consentimiento, o por las causas que estén autorizadas por la ley. Deben llevarse a ejecución de buena fe.

**Civil Code of the Dominican Republic**
Article 1134. – Legally formed contracts have the force of law for those who have made them. They cannot be annulled except by mutual consent or by causes authorized by law. They must be carried out in good faith.

**Código Civil de la Republica Dominicana**
Art. 1154.- Los intereses devengados de los capitales pueden producir nuevos intereses, o por una demanda judicial o por una convención especial, con tal que, sea en la demanda, sea en la convención, se trate de intereses debidos a los menos por espacio de un año entero.

**Civil Code of the Dominican Republic**
Article 1154. – Interest earned from capital can produce new interest either through judicial petition or by special agreement, if, whether through petition or agreement, it be a question of interest owed at least for the space of a full year.

**Código Civil de la Republica Dominicana**
Art. 1156.- En las convenciones se debe atender más a la común intención de las partes contratantes, que al sentido literal de las palabras.

**Civil Code of the Dominican Republic**
Article 1156. – Agreements should concern themselves more with the common intent of the contracting parties than with the literal meaning of the words.

**Código Civil de la Republica Dominicana**
Art. 1172.- Toda condición de una cosa imposible, o que sea contra las buenas costumbres, o que este prohibida por la ley, es nula y hace también nula la convención que de ella dependa.

**Civil Code of the Dominican Republic**
Article 1172. – Any condition involving something impossible or against accepted moral principals, or prohibited by law, is null and void and makes null and void any agreement dependent thereon.

**Código Civil de la Republica Dominicana**
Art. 1184.- La condición resolutoria se sobreentiende siempre en los contratos sinalagmáticos, para el caso que una de las partes no cumpla su obligación. En este caso no queda disuelto el contrato de pleno derecho. La parte a quien no se cumplió lo pactado, será árbitra de precisar a la otra a la ejecución de la convención, siendo posible, o de pedir la rescisión de aquella y el abono de daños y perjuicios. La rescisión debe pedirse judicialmente, y podrá concederse al demandado un término proporcionado a las circunstancias.

**Civil Code of the Dominican Republic**
Article 1184. – Resolutory agreement is always understood in bilateral contracts in case one of the parties should not fulfill its obligation. In such a case the contract is not dissolved by full right. The party for whom the agreement was not fulfilled shall be the arbiter in demanding that the other party execute the agreement, if that is possible, or in requesting the rescission of that party and the adjudication of damages and injury. The rescission must be requested in court and the dependant may be given a deadline appropriate to the circumstances.

**Código de Procedimiento Civil de la Republica Dominicana**
Art. 1004.- No pueden establecerse compromisos, sobre los dones y legados de alimentos, alojamiento y vestidos; sobre las separaciones entre marido y mujer, ni en las cuestiones de estado personal; sobre las causas que conciernen al orden público, al Estado, a los bienes nacionales, a los municipios, establecimientos públicos, dones y legados en beneficio de los pobres; sobre las concernientes a las tutelas, menores y sujetos a interdicción; sobre los que conciernan o interesen a personas que se presuman ausentes; y generalmente sobre todas las que estén encomendadas a la defensa de un curador.

**Code of Civil Procedures of the Dominican Republic**
Article 1004. - Arbitration cannot be established on the gifts and bequests of maintenance, housing, and clothing; on the separation between husband and wife, nor in questions of personal condition; on causes which are concerned with public order, the State, national property, municipalities, public establishments, gifts and bequests on behalf of the poor; on those concerning guardianship of minors subject to restraint; on that which may concern or interest persons presumed absent; and generally on all those things which are entrusted to a guardian.

**Ley No. 302, sobre honorarios de los Abogados.**

**G.O. 8870**

**República Dominicana**

**Art. 2.-** Cuando intervengan varios abogados en la representación en justicia de una misma parte o contra ella, sólo tendrán derecho a los honorarios que la ley acuerde a uno, salvo disposición legal en otro sentido, y salvo también convenio en contrario en lo que se refiere a su propio cliente.

Si la actuación fuere sucesiva, los honorarios se fijarán en proporción a la importancia jurídica de la respectiva intervención y la labor desarrollada por cada uno.

**Law No. 302, Concerning Fees for Attorneys**

**G.O.8870**

**Dominican Republic**

**Article 2. -** When several attorneys take part in legal representation for or against the same party, they shall have the right to only those fees which the law provides for one, except in the case of a legal ruling to the contrary, or except for a contract to the contrary as concerns one's own client.

If the proceedings should be successive, fees shall be fixed in proportion to the juridical importance of the respective interventions and the work contributed for each.