# United States Department of State

*Washington, D.C. 20520*

February 22, 2007

Ms. Nancy Mayer-Whittingham
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                **Re: Cayman Power Barge I, Ltd. v. The State
of The Dominican Republic, Case Number 1:06CV01362**

Dear Ms. Mayer-Whittingham:

      I am writing regarding the Court's request for service of a summons, application for confirmation of a foreign arbitral award and attachments pursuant to 28 U.S.C. 1608(a)(4) upon the State of the Dominican Republic the above mentioned lawsuit.

      The U.S. Embassy in Santo Domingo delivered the documents to the Secretariat of State for Foreign Relations of the Dominican Republic on February 1, 2007 under cover of a diplomatic note, number 30, dated January 30, 2007.

      I am enclosing copies of the documents transmitted as well as a certified copy of the diplomatic note used to transmit them to the Secretariat of State for Foreign Relations. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                            Sincerely,

                                        William P. Fritzlen
                                        Attorney Adviser
                Office of Policy Review and Interagency Liaison

Enclosures As Stated

        Cc:    Christian Natiello
                 Dechert, LLP
                 1775 I Street, NW
                 Washington, DC 20006

**RECEIVED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Brian G. McInerney, Consular officer at the Embassy of the United States of America in Santo Domingo, Dominican Republic, certify that this is a true copy of the Embassy of the United States of America diplomatic note number 30 dated January 30, 2007, and delivered to the Secretariat of State for Foreign Relations of the Dominican Republic on February 1, 2007.

                                        _____
                                        Brian G. McInerney
                                        Vice Consul

February 2, 2007

**RECEIVED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Note No. 30

The Embassy of the United States of America refers to the Secretariat of State for Foreign Relations of the Dominican Republic the lawsuit entitled Cayman Power Barge I, Ltd. Vs. The State of the Dominican Republic, et al., case number 1:06CV01362 (RMC), which is pending in the U.S. Federal District Court for the District of Columbia in which the Dominican Republic is a defendant. The Embassy herewith transmits a summons and application for confirmation of a foreign arbitral award, with exhibits. In addition to these documents, the Embassy is enclosing a notice of suit prepared by the plaintiff, which summarizes the nature of the lawsuit and includes references to pertinent U.S. laws concerning suits against foreign States. This note constitutes transmittal of these documents to the Dominican Republic as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the complaint or some other

**DIPLOMATIC NOTE**

responsive pleading within 60 days from the date of transmittal of the complaint (i.e. the date of this note) or face the possibility of having judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Dominican Republic with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which it is advisable to consult and attorney in the United States. Such legal counsel can advise about raising legal objections, if any, either in the underlying proceeding or should there be a proceeding relating to enforcement of the default judgment. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this

litigation and cannot represent other parties in this matter.

Attachments:

1. Summons and Application to Confirm a Foreign Arbitral Award, with exhibits
2. Notice of Suit
3. Translations.

Embassy of the United States of America

Santo Domingo, January 30, 20[...]

UNOFFICIAL TRANSLATION/TRADUCCIÓN NO OFICIAL

Nota No. 30

La Embajada de los Estados Unidos de América refiere a la Secretaría de Estado de Relaciones Exteriores de la República Dominicana la demanda legal titulada Cayman Power Barge I, Ltd. Vs. El Estado de la República Dominicana, et al., caso número 1:06CV01362 (RMC), la cual está pendiente en la Corte Federal Distrital de los EE.UU. en el Distrito de Columbia donde la República Dominicana es la parte demandada. Por este medio la Embajada transmite un emplazamiento y solicitud de confirmación de una sentencia arbitral extranjera, con sus documentos de prueba. En adición a estos documentos, la Embajada está anexando una notificación de acción judicial preparada por la parte acusadora, la cual resume la naturaleza de la demanda legal e incluye referencias a leyes estadounidenses pertinentes, concernientes a demandas contra Estados extranjeros. Esta nota constituye la tramitación de estos documentos para la República Dominicana, como está contemplado en el Título 28 del Código de los Estados Unidos, Sección 1608(a)(4).

Bajo las leyes estadounidenses aplicables, la parte demandada en una acción judicial debe someter una contesta a dicha acción o alguna otra alegación de respuesta dentro de los 60 días posteriores a la fecha de tramitación de la misma (i.e., la fecha de esta nota) o enfrentar la posibilidad de iniciar un juicio en su contra sin la oportunidad de presentar evidencias o argumentos en su favor. De igual manera, la Embajada solicita que el emplazamiento y acción judicial anexos sean enviados a la autoridad pertinente de la República Dominicana con miras a que se den los pasos necesarios para evitar un fallo en defecto.

Bajo las leyes de los Estados Unidos, toda defensa jurisdiccional o de cualquier otro tipo, incluyendo reclamos de inmunidad soberana, deben ser enviados a la Corte ante la cual el caso esté pendiente, por lo que es recomendable que se consulte a un abogado en los Estados Unidos. Dicho Consultor legal puede asesorar sobre la posibilidad de levantar objeciones legales, si las hay, ya sea en el procedimiento fundamental o si hay un procedimiento en relación a la ejecución de un fallo en

defecto. De lo contrario, los procedimientos continuarán sin dar oportunidad a que se presenten evidencias o posibles defensas. Consistente con la práctica, el Departamento de Estado de los Estados Unidos está dispuesto a discutir con el Consultor los requerimientos de las leyes estadounidenses. El Gobierno de los Estados Unidos no es parte de este litigio y no puede representar a otras partes en este asunto.

Anexos:

1. Emplazamiento y Solicitud de Confirmación de una Sentencia Arbitral Extranjera, con sus anexos
2. Notificación de Acción Judicial
3. Traducciones

Embajada de los Estados Unidos de América,
Santo Domingo, 30 de enero del 2007