IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br><br> Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br><br> Respondents. | Civil Action No. 1:06CV01362 (RMC) |

**STIPULATION AND ORDER EXTENDING TIME**

WHEREAS, on August 1, 2006, Applicant Cayman Power Barge I, Ltd. ("Applicant") filed an application before this Court (the "Application") to confirm a foreign arbitral award that was rendered by an Arbitral Tribunal established under the rules of the International Chamber of Commerce in an arbitration between Applicant, on the one hand, and the State of the Dominican Republic (the "Dominican Republic") and Corporación Dominicana de Empresas Eléctricas Estatales (formerly known as Corporación Dominicana de Electricidad) ("CDEEE") (collectively "Respondents"), on the other hand;

WHEREAS, on December 22, 2006, the parties filed a Stipulation that afforded Respondents more than sixty days to prepare a response to the Application, and that Stipulation was approved and ordered by this Court on December 28, 2006;

WHEREAS, on February 20, 2007, pursuant to the schedule set forth in that Stipulation, Respondents filed their response to the Application in the form of a Special Entry of Appearance, Motion to Dismiss, or Alternatively, for Other Relief and Memorandum in Support of Motion

1

(the "Motion");

WHEREAS, the Motion raises issues pertaining to Dominican law and to the underlying arbitration proceedings conducted in Spanish, and there would not be sufficient time for Applicant to adequately research such issues and translate any pertinent materials within the eleven-day period normally allowed for the filing of oppositions to motions;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between counsel for Applicant and Respondents, subject to Court approval, as follows:

1. Applicant shall have up to and including March 26, 2007, to file papers in response to the Motion;

2. Respondents shall have up to and including April 10, 2007, to file papers in further support of the Motion.

This is the first request for an extension of time with regard to these filings.

IT IS SO STIPULATED.

_____
Frank J. Eisenhart (D.C. Bar No. 418630)
Christian A. Natiello (D.C. Bar No. 472960)
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401

Robert A. Cohen, admitted *pro hac vice*
George K. Foster, admitted *pro hac vice*
        (D.C. Bar No. 497152)
Dechert LLP
30 Rockefeller Plaza
New York, New York 10112

*Attorneys for Applicant Cayman Power Barge I, Ltd.*


/s/ Michael D. Fielding
_____
William F. Demarest, Jr. (D.C. Bar No. 266312)
Marvin T. Griff (D.C. Bar No. 423839)
Michael Fielding, admitted *pro hac vice*
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-3901

*Attorneys for Respondents The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

Dated: February 27, 2007


**SO ORDERED:**

_____
**THE HONORABLE ROSEMARY M. COLLYER**
**United States District Judge**

Dated _____, 2007