IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD., <br> Applicant, <br><br> v. <br><br> THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD), <br> Respondents. | Civil Action No. 1:06CV01362 (RMC) |

**NOTICE OF NON-FILING OF ACTION FOR JUDICIAL DECLARATION
IN THE DOMINICAN REPUBLIC**

Counsel for Respondents, the State of the Dominican Republic ("Dominican Republic") and Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE") (collectively, "Respondents"), notify the Court of the following respecting their filing of February 20, 2007. In that pleading, Respondents stated that within the next thirty (30) days they would be seeking a judicial declaration in a competent court in the Dominican Republic centering on issues arising under the agreement that are in dispute relating to the interpretation and application of Dominican Republic law.

However, the undersigned counsel were subsequently informed this past Friday, March 9, 2007, that Respondents have determined they will not pursue such an action in the Dominican

Republic courts. Accordingly, Respondents apprise the Court and Applicant of this development. Respondents' February 20th filing is otherwise unchanged.

Respectfully submitted,

/s/ Marvin T. Griff
Marvin T. Griff (D.C. Bar No. 423839)
Michael Fielding (*Admitted pro hac vice*)
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-3901

*Attorneys for Respondents The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

### Certificate of Service

I herby certify that on this 13th day of March, 2007, a true and correct copy of the above and foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Marvin T. Griff
Marvin T. Griff