# FOSTER EXHIBIT A

**ICC**
International Chamber of Commerce
*The world business organization*

**International Court of Arbitration • Cour internationale d'arbitrage**

- ICC ARBITRATION CASE No. 11772/KGA/CCO -

---

## TO WHOM IT MAY CONCERN

I, the undersigned, Jennifer Kirby, Deputy Secretary General of the International Court of Arbitration of the International Chamber of Commerce (the "ICC Court"), 38, Cours Albert 1er, 75008 Paris, France:

### HEREBY CERTIFY THAT:

1. On 20 September 2001, a Request for Arbitration was filed with the Secretariat of the ICC Court (the "Secretariat") by CAYMAN POWER BARGE I, LTD. (Cayman Islands) against
   1. THE STATE OF THE DOMINICAN REPUBLIC (Dominican Republic) and
   2. CORPORACION DOMINICANA DE ELECTRICIDAD (Dominican Republic);

2. The Secretariat assigned to the above-described case the following reference: 11772/KGA – CAYMAN POWER BARGE I, LTD. (Cayman Islands) (the "Claimant") vs./ 1. THE STATE OF THE DOMINICAN REPUBLIC (Dominican Republic) (the "Respondent N° 1") and 2. CORPORACION DOMINICANA DE ELECTRICIDAD (Dominican Republic) (the "Respondent N° 2") (collectively the "Respondents") (collectively the "Parties");

3. The Terms of Reference, signed by the parties and the Arbitral Tribunal on 7 July 2003 pursuant to Article 18 of the Rules, indicate that CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES is the successor in interest of Respondent N° 2.

4. By letter dated 21 September 2001, the Secretariat took note of Claimant's nomination of Professor Alejandro Miguel Garro as a coarbitrator;

.../...

ICC International Court of Arbitration • Cour internationale d'arbitrage de la CCI
38, Cours Albert 1er, 75008 Paris, France
Telephone +33 1 49 53 28 28   Faxes +33 1 49 53 29 29 / +33 1 49 53 29 33
Website www.iccarbitration.org    E-mail arb@iccwbo.org

11772/KGA/CCO								page 2

---

5.  By letter dated 16 November 2001, the Secretariat notified the Parties that the ICC Court, at its session of November 15, 2001, decided to grant Respondents a time-limit of 15 days to nominate jointly a coarbitrator;

6.  By letter dated 1 February 2002, the Secretariat took note of the fact that Respondents had failed to nominate jointly a coarbitrator within the time-limit granted by the ICC Court at its session of 15 November 2001 and announced that the ICC Court would be invited to appoint a coarbitrator on behalf of Respondents in accordance with Article 8(4) of the ICC Rules of Arbitration (the "**Rules**");

7.  By letter dated 7 March 2002, the Secretariat notified the Parties and the arbitrators that the ICC Court, at its session of 7 March 2002, had appointed Jean-Paul Béraudo as Chairman of the Arbitral Tribunal, confirmed Professor Alejandro Miguel Garro as a coarbitrator nominated by Claimant and directly appointed Lic. Luis Rafael Pellerano as a coarbitrator on behalf of Respondents in accordance with Article 9(6) of the Rules;

8.  Article 9(6) of the Rules provides:

    *"Where the Court is to appoint an arbitrator on behalf of a party which has failed to nominate one, it shall make the appointment upon a proposal of the National Committee of the country of which that party is a national. If the Court does not accept the proposal made, or if the National Committee fails to make the proposal requested within the time limit fixed by the Court, or if the country of which the said party is a national has no National Committee, the Court shall be at liberty to choose any person whom it regards as suitable. The Secretariat shall inform the National Committee, if one exists, of the country of which such person is a national."*

.../...

11772/KGA/CCO                                                                                                           page 3

---

9.  At the time the ICC Court directly appointed Lic. Luis Rafael Pellerano as a coarbitrator on behalf of Respondents in accordance with Article 9(6) of the Rules, the Dominican Republic had no ICC National Committee;

10. On 8 April 2002, Respondents filed with the Secretariat a request for challenge against Lic. Luis Rafael Pellerano in accordance with Article 11 of the Rules;

11. The Secretariat, by letter dated 3 June 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 31 May 2002, had accepted the request for challenge against Lic. Luis Rafael Pellerano and granted Respondents a 15-day time-limit to nominate jointly a coarbitrator;

12. Respondents, on 14 June 2002, jointly nominated Dr. Rafael Tulio Pérez de León as a coarbitrator;

13. The Secretariat, by letter dated 5 July 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 5 July 2002, had confirmed Dr. Rafael Tulio Pérez de León as a coarbitrator jointly nominated by Respondents;

14. On 9 August 2002, Claimant filed with the Secretariat a request for challenge against Dr. Rafael Tulio Pérez de León in accordance with Article 11 of the Rules;

15. The Secretariat, by letter dated 30 August 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 30 August 2002, had accepted Claimant's challenge against Dr. Rafael Tulio Pérez de León and granted Respondents a 10-day time-limit to nominate jointly a coarbitrator;

16. On 5 September 2002, Respondents jointly nominated Dr. Manuel V. Ramos as a coarbitrator;

.../...

11772/KGA/CCO                                                                                                    page 4
-------------------------------------------------------------------------------------------------------------------------

17. On 4 October 2002, Claimant objected to the confirmation of Dr. Manuel V. Ramos as a coarbitrator jointly nominated by Respondents;

18. The Secretariat, by letter dated 25 October 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 25 October 2002, had decided not to confirm Dr. Manuel V. Ramos as a coarbitrator in accordance with Article 9(2) of the Rules, and granted Respondents a 7-day time limit to nominate jointly a coarbitrator;

19. The Secretariat, by letter dated 6 November 2002, took note of the fact that Respondents had failed to nominate jointly a coarbitrator within the 7-day time-limit mentioned in the preceding paragraph and announced that the ICC Court would be invited to appoint a coarbitrator on behalf of Respondents in accordance with Article 9(6) of the Rules;

20. The ICC Court had entire discretion to define the period of time within which Respondents should jointly nominate a coarbitrator. Article 12(4) of the Rules provides:

    *"When an arbitrator is to be replaced, the Court has discretion to decide whether or not to follow the original nominating process [...]"*

21. The Secretariat, by letter dated 15 November 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 15 November 2002, had appointed Dr. Luis Enrique Bottaro-Lupi as a coarbitrator on behalf of Respondents in accordance with Article 9(6) of the Rules, given that Respondents had failed to nominate jointly a coarbitrator within the time-limit granted by the ICC Court;

22. On 5 December 2002, Respondent N° 2 filed with the Secretariat a request for challenge against Dr. Luis Enrique Bottaro-Lupi in accordance with Article 11 of the Rules; and

.../...

11772/KGA/CCO                                                                 page 5

---

23. The Secretariat, by letter dated 20 December 2002, notified the Parties and the arbitrators that the ICC Court, at its session of 19 December 2002, had rejected Respondent N° 2's request for challenge against Dr. Luis Enrique Bottaro-Lupi.

Done in Paris on 22 March 2007.

Jennifer Kirby
Deputy Secretary General
ICC International Court of Arbitration