# FOSTER EXHIBIT J



30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**GEORGE K. FOSTER**

george.foster@dechert.com
+1 212 698 3827 Direct
+1 212 314 0009 Fax

March 14, 2007

**VIA FIRST CLASS MAIL AND E-MAIL**

Marvin T. Griff, Esq.
Blackwell Sanders Peper Martin LLP
750 17th Street, N.W., Suite 1000
Washington, DC 20006

**Re: Cayman Power Barge I, Ltd. v. The State of the Dominican Republic, et al.**

Dear Mr. Griff:

I write to confirm our telephone conversation of this afternoon relating to the above case. I asked you whether or not Respondents have withdrawn (or would be willing to withdraw) their request for a stay of this proceeding under Article VI of the New York Convention, in light of Respondents' announcement of yesterday that they have decided not to file any court proceeding in the Dominican Republic relating to the Award. You advised me that your clients are not willing to withdraw the request for a stay.

Very truly yours,

George K. Foster

cc:   Robert A. Cohen, Esq.


12683446

U.S. Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC   EUROPE  Brussels  London  Luxembourg  Munich  Paris