IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.,<br><br>Applicant,<br><br>v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD),<br><br>Respondents. | Civil Action No. 1:06CV01362 (RMC) |

### [proposed] JUDGMENT AND ORDER

Pursuant to Fed. R. Civ. P. 58, it is this ___ day of ___, 2007, hereby

**ORDERED** and **ADJUDGED** that the arbitration award to Cayman Power Barge I, Ltd., rendered, on May 30, 2005, by the International Court of Arbitration of the International Chamber of Commerce, is confirmed under 9 U.S.C. § 201 et seq.; and it is further

**ORDERED** and **ADJUDGED** that judgment be entered against the State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales, jointly and severally, and in favor of Cayman Power Barge I, Ltd., in the amount of: (1) $3,398,365.32 in damages; (2) interest at a monthly rate of 1% on the sum of $2,198,457.95, starting on July 24, 2001 and up to the entry of judgment; (3) interest at a monthly rate of 1% on the sum of $103,397.81, starting on August 20, 2001 and up to the entry of judgment; (4) interest at a monthly rate of 1% on the sum of $552,722.77, starting on August 30, 2001 and up to the entry of judgment; (5) interest at a monthly rate

of 1% on the sum of $829,722.40, starting on September 20, 2001 and up to the entry of judgment; and (6) $84,082.39 for attorneys' fees and legal expenses in the underlying arbitration, as provided for in the Award of the International Court of Arbitration of the International Chamber of Commerce.

**SO ORDERED**

ROSEMARY M. COLLYER
United States District Judge