Received
Mail Room
APR 25 2007
Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

**United States Department of State**

*Washington, D.C. 20520*

April 23, 2007

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                 Re: Cayman Power Barge I, Ltd. v. The State
            of The Dominican Republic, Case Number 1:06CV01362 (RMC)

Dear Ms. Mayer-Whittingham:

     I am writing regarding the transmittal of a summons, application for confirmation of a foreign arbitral award and exhibits to the State of the Dominican Republic in the above mentioned case pursuant to 28 U.S.C. 1608(a)(4). In previous correspondence I notified you that the U.S. Embassy in Santo Domingo had delivered the documents to the Ministry of Foreign Relations of the Dominican Republic under cover of a diplomatic note on February 1, 2007.

     Since my last letter, the U.S. Embassy received the enclosed diplomatic note with attached documents. I am also enclosing translations of that note and the underlying documents that were prepared by the Office of Language Services here at the Department of State.

     Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                                      Sincerely,

                                             William P. Fritzlen
                                             Attorney Adviser
              Office of Policy Review and Interagency Liaison

Enclosures As Stated

RECEIVED
APR 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of State  
Office of Language Services  
Translating Division



LS No. 04-2007-0250-A  
Spanish/English  
JF/ALK

——————————————— **Translation** ———————————————

## Dominican Republic
## Ministry of Foreign Relations

No. DEJ/SAJ.- 3136

The Ministry of Foreign Relations presents its compliments to the Embassy of the United States of America and acknowledges receipt of its note No. 30 of January 30, 2007, with annex, concerning the request for judicial assistance in the case of Cayman Power Barge I, Ltd. vs. the Dominican State.

In this regard, the Ministry wishes to inform the Embassy that the content of the above-mentioned note has been forwarded to the appropriate Dominican authorities for all pertinent purposes.

[Complimentary close]

        [Signature]

        Santo Domingo, D.N., February 14, 2007

        [Ministry stamp]

Embassy of the United States of America,  
    Santo Domingo.

**Dominican Republic**
**Ministry of Foreign Relations**

No. DEJ/SAJ.- 5769

The Ministry of Foreign Relations presents its compliments to the Embassy of the United States of America and acknowledges receipt of its note No. 30 of January 30, 2007, with annex, concerning the request for judicial assistance in the case of Cayman Power Barge I, Ltd. vs. the Dominican State.

In this regard, the Ministry wishes to enclosure for your information a copy of official communication No. 01489 of March 8, 2007, with annex, from the Office of the Attorney General of the Republic.

[Complimentary close]

[Signature]

Santo Domingo, D.N., March 15, 2007

[Ministry stamp]

Embassy of the United States of America,
    Santo Domingo.

LS No. 04-2007-0250-C

**Dominican Republic**
**Office of the Attorney General of the Republic**
**URGENT**

No. 01489                                  Santo Domingo, D.N., March 8, 2007

To:        Mr. Carlos Morales Troncoso
           Minister of Foreign Relations
           Santo Domingo

Subject:   Records submitted in compliance with U.S. letters rogatory

Ref:       Your official communication No. DEJ/SAJ 3132 of February 14, 2007

Annexes:   (A) Record of notification

           (B) Telegram dated February 13, 2007

Sir:

We kindly request your assistance to enable this Ministry to provide the United States diplomatic authorities with the documents described in the annexes, in compliance with the letters rogatory issued by the United States Federal District Court for the District of Colombia.

                                   Sincerely yours,

                                   [Signature]

                                   Gisela Cueto González
                                   Deputy Attorney General
                                   Chief, Department of International Assistance
                                   and Extraditions

                                   [Official stamp]

LS No. 04-2007-0250-D

**Dominican Republic**
**Office of the Attorney General of the Republic**
**URGENT**

No. 01338

To: Legal Adviser, Dominican Association of State Electric Companies
Santo Domingo, D.N.

Sir:

This is to request your presence, on an urgent basis, at the office of Ms. Gisela Cueto González, Chief, Department of International Affairs and Extraditions, Office of the Attorney General of the Republic, located on the fourth floor of the new Palace of Justice, Heroes of Constanza, Maimón, and Estero Hondo Center, Avenida Enrique Jiménez Moya, corner of Juan B. Pérez Street, Santo Domingo, National District, to take personal delivery of the letters rogatory issued by the United States judicial authorities, containing a copy of the judicial complaint in the case of Cayman Power [Barge] I, Ltd. vs. the Dominican State, pending with the United States Federal District Court for the District of Colombia.

Santo Domingo, D.N., March 2, 2007

[Signature]

Gisela Cueto González
Deputy Attorney General
Chief, Department of International Affairs [sic]
and Extraditions

[Official stamp]

LS No. 04-2007-0250-E

Dominican Republic
Office of the Attorney General of the Republic

The Dominican Association of State Electric Companies, legally represented by the head of its legal department, Dr. David Emilio Vidal Peralta, I.D. and electoral No. 001-00239498-2, hereby accepts from the hands of Ms. Gisela Cueto González, Deputy Attorney General and Chief of the Department of International Affairs and Extraditions, the documents sent by the United States Federal District Court for the District of Colombia, in response to the notification we received concerning the documents enclosed with note No. 30 of January 30, 2007, from the United States Embassy regarding the case entitled Cayman Power [Barge] I, Ltd. vs. the Dominican State, pending before the United States Federal District Court for the District of Colombia.

Santo Domingo de Guzmán, National District, capital of the Republic, March 5, 2007.

Received by:           [Signature]

                       Dr. David Emilio Vidal Peralta
                       Chief, Legal Department
                       Dominican Association of State Electric Companies



**REPUBLICA DOMINICANA**
**Secretaría de Estado**
**de Relaciones Exteriores**

DEJ/SAJ.- **3136**

RECIBIDO 2007 FEB 16 A 11:44

| ACTION | |
|---|---|
| AMB | |
| PROTOCOL | |
| ECOPOL | |
| ADM | |
| CONS | 4CS |
| | |
| | |

La Secretaría de Estado de Relaciones Exteriores saluda muy atentamente a la Embajada de los Estados Unidos de América en ocasión de avisar recibo de su Nota No. 30, de fecha 30 de enero del 2007, y anexo, relativa a la solicitud de asistencia judicial en el caso de Cayman Power Barge I, Ltd. Vs. el Estado dominicano.

CDEE

En tal sentido, esta Secretaría de Estado tiene a bien informar a esa Embajada, que el contenido de la Nota precitada ha sido transmitido a las autoridades dominicanas correspondientes, para los fines de lugar.

La Secretaría de Estado de Relaciones Exteriores hace provecho de la oportunidad para reiterar a la Embajada de los Estados Unidos de América, las seguridades de su más alta consideración.



Santo Domingo, D. N.
**14 FEB 2007**

**A la Embajada de los
Estados Unidos de América
Ciudad.**

RECEIVED
FEB 14 2007
PROTOCOL



| ACTION | |
|---|---|
| AMB | |
| PROTOCOL | / |
| ECOPOL | / |
| ADM | |
| CONS | |
| | |
| | |

# Secretaría de Estado de Relaciones Exteriores

DEJ/SAJ.- **5769**

La Secretaría de Estado de Relaciones Exteriores saluda muy atentamente a la Embajada de los Estados Unidos de América en ocasión de referirse a su Nota No. 30, de fecha 30 de enero del 2007, y anexo, relativa a la solicitud de asistencia judicial en el caso de Cayman Power Barge I, Ltd. Vs. el Estado dominicano.

En tal sentido, esta Secretaría de Estado tiene a bien remitir anexo, para su debido conocimiento, copia del Oficio No. 01489, de fecha 8 de marzo del 2007, y anexo, de la Procuraduría General de la República.

La Secretaría de Estado de Relaciones Exteriores hace provecho de la oportunidad para reiterar a la Embajada de los Estados Unidos de América, las seguridades de su más alta consideración.

Santo Domingo, D. N.
15 MAR 2007

**A la Embajada de los
Estados Unidos de América**
Ciudad.

RECEIVED

2 1 MAR. 2007

PROTOCOL



**REPUBLICA DOMINICANA**
**PROCURADURIA GENERAL DE LA REPUBLICA**
*"AÑO DEL LIBRO Y LA LECTURA"*
**URGENTE**

01489

SANTO DOMINGO, D. N.,
08 de Marzo de 2007.

| | | |
|---|---|---|
| Al | : | Ing. Carlos Morales Troncoso, Secretario de Estado de Relaciones Exteriores, Su Despacho. |
| Asunto | : | Remisión de Constancias de Cumplimiento de Exhorto. |
| Ref. | : | Su oficio No. DEJ/SAJ 3132 de fecha 14/02/2007. |
| Anexos | : | A) Constancia de Notificación. |
| | | B) Telegrama de fecha 02/13/2007. |

Cortésmente, solicitamos sus mejores oficios, con la finalidad de que esa Secretaria de Estado de Relaciones Exteriores, tramite ante las Autoridades Diplomáticas de los Estados Unidos de América, los documentos reseñados en el anexo; -en cumplimiento del Exhorto formulado por la Corte Federal Distrital de los Estados Unidos de América para el Distrito de Columbia.

Con sentimiento de la más elevada estima y consideración, le saluda

Atentamente,

**LICDA. GISELA CUETO GONZÁLEZ**
Procuradora General Adjunta.
Encargada del Departamento de Asistencia
Internacional y Extradiciones.

GCG/Hcc




REPUBLICA DOMINICANA
PROCURADURIA GENERAL DE LA REPUBLICA
*"AÑO DE LA GENERACION DE EMPLEOS"*

01338         **URGENTE**

*Dirigido A:*
**CONSULTOR JURIDICO DE LA CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES.,**
*Santo Domingo, Distrito Nacional.*
*Su Despacho.*

*Cortésmente, le invitamos a presentarse con carácter de urgencia en la Procuraduría General de la República sito en la Cuarta Planta del nuevo Palacio de Justicia del Centro de los Héroes de Constanza, Maimón y Estero Hondo, ubicado en la Avenida Enrique Jiménez Moya esquina Juan B. Pérez de la ciudad de Santo Domingo, Distrito Nacional, ante el Despacho de la Procuradora General Adjunta* **Licenciada Gisela Cueto González,** *Encargada del Departamento de Extradiciones y Asuntos Internacionales, a fines de hacerle entrega personal del exhorto formulado por las Autoridades Judiciales de los Estados Unidos de América, contentivo copia de la Demanda legal titulada CAYMAN POWER I, Ltd. Vs. EL ESTADO DE LA REPUBLICA DOMINICANA, la cual está pendiente en la Corte Federal Distrital de los Estados Unidos de América para el Distrito de Columbia..*

Lic. Gisela Cueto González
*Procuradora General Adjunta*
*Encargada del Departamento de*
*Extradición y Asuntos Internacionales.*

*Santo Domingo, D. N.*
*02 de Marzo de 2007.*



REPUBLICA DOMINICANA
PROCURADURIA GENERAL DE LA REPUBLICA
"AÑO DE LA GENERACION DE EMPLEOS"



La CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES, representada legalmente por su Encargado del Departamento de Litigios el DR. DAVID EMILIO VIDAL PERALTA, portador de la cédula de identidad y electoral No. 001-0023948-2, recibe de manos de la Lic. Gisela Cueto González, Procuradora General Adjunta Encargada del Departamento de Extradiciones y Asuntos Internacionales, los documentos enviados por la Corte Federal Distrital de los Estados Unidos de América para el Distrito de Columbia, donde se nos notifica los documentos adjuntos a la Nota No. 30 de fecha 30 de enero de 2007, de la Embajada de la de los Estados Unidos de América, relativos a la Demanda titulada CAYMAN POWER I, Ltd. Vs. EL ESTADO DE LA REPUBLICA DOMINICANA, la cual está pendiente en la Corte Federal Distrital de los Estados Unidos de América para el Distrito de Columbia.

En la ciudad de Santo Domingo de Guzmán, Distrito Nacional, capital de la República, a los cinco (05) días del mes de Marzo del año dos mil siete (2007).

Recibido por: DR. DAVID EMILIO VIDAL PERALTA,
Encargado del Departamento de Litigios de la
Corporación Dominicana de Empresas Eléctricas Estatales