IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAYMAN POWER BARGE I, LTD.,<br><br>Applicant,<br><br>v.<br><br>THE STATE OF THE DOMINICAN REPUBLIC, and CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (formerly known as CORPORACIÓN DOMINICANA DE ELECTRICIDAD),<br><br>Respondents. | Civil Action No. 1:06CV01362 (RMC) |

## JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL

The parties to this proceeding, by their undersigned counsel, hereby inform the Court that the dispute between them has been resolved, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), subject to this Court's approval, to dismiss this proceeding with prejudice and without costs to any party. Applicant hereby withdraws its Application to Confirm a Foreign Arbitral Award, and Respondents hereby withdraw their Motion to Dismiss.

                                              _____

                                        Frank J. Eisenhart (D.C. Bar No. 418630)
                                        Christian A. Natiello (D.C. Bar No. 472960)
                                        Dechert LLP
                                        1775 I Street, N.W.
                                        Washington, D.C. 20006-2401

                                        Robert A. Cohen, admitted *pro hac vice*
                                        George K. Foster, admitted *pro hac vice*
                                                         (D.C. Bar No. 497152)
                                        Dechert LLP
                                        30 Rockefeller Plaza
                                        New York, New York 10112

                                        *Attorneys for Applicant Cayman Power Barge I, Ltd.*

8/1/07

/s/ Michael D. Fielding
Marvin T. Griff (D.C. Bar No. 423839)
Michael Fielding, admitted *pro hac vice*
Blackwell Sanders Peper Martin, LLP
750 17th St. N.W., Suite 1000
Washington, D.C. 20006-3901

*Attorneys for Respondents The State of the Dominican Republic and Corporación Dominicana de Empresas Eléctricas Estatales*

Dated: August __, 2007

The foregoing stipulation is approved, and it is SO ORDERED.

_____
THE HONORABLE ROSEMARY M. COLLYER
United States District Judge

Dated _____, 2007